**Order entered October 3, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00875-CV

### DALLAS CENTRAL APPRAISAL DISTRICT, Appellant

### V.

### CITY OF DALLAS, Appellee

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-17139**

## ORDER

Before the Court is court reporter Gina M. Udall's October 2, 2019 request for an extension of time to file the record. Ms. Udall explains an extension is necessary because of her workload and because appellant has not yet made payment arrangements for the record.

We **GRANT** the request as follows. We **ORDER** appellant to file, no later than October 14, 2019, written verification it has paid or made arrangements to pay for the record. We further **ORDER** Ms. Udall to file the record no later than November 4, 2019.

/s/    BILL WHITEHILL
        JUSTICE